# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

LABORERS LOCAL UNION 158, LABORERS
LOCAL UNON 158 HEALTH AND WELFARE
FUND and LABORERS LOCAL UNION 158
PENSION FUND,

    Plaintiffs,

V.

VIRBITSKY CONSTRUCTION COMPANY,
INC. and THOMAS VIRBITSKY,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:01-CV-0983
Judge Kane

FILED
HARRISBURG

SEP 18 2001

MARY E. D'ANDREA,
Per _____
DEPUTY CLERK

TO: (Name and Address of Defendant)

    See Complaint.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    IRA H. WEINSTOCK, P.C.
    800 North Second Street
    Harrisburg, PA  17102

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Mary E. D'Andrea, Clerk
CLERK

June 4, 2001
DATE

_George T. Gardner_
BY DEPUTY CLERK   George T. Gardner

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## RETURN OF SERVICE OF PROCESS

PLAINTIFF  Laborers Local Union No. 158, et al.    COURT CASE NUMBER  1:01-CV-0983

DEFENDANT  Virbitsky Construction Company, Inc., et al.    TYPE OF PROCESS  Summons & Complaint

SERVE  Virbitsky Construction Company, Inc.
(Name individual, company; corporation, etc. to be served)

AT  R. R. #1, Box 83E, Forest City, PA, 18421
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.

____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

_xxx_ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED:  Molly Virbitsky
TITLE (IF ANY) OF PERSON SERVED:  Officer
ADDRESS WHERE SERVED:  RR#1, Box 83E Forest City, PA. 18421

DATE AND TIME OF PERSONAL SERVICE:  Corp serve on 8/31/2001  8:40AM
REMARKS: _____

Date  9/5/2001    Signature of Process Server  Robert F. Har[ris]

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# AFFIDAVIT OF PROCESS SERVER

20010820113908

__Out Of State__, of full age, being duly sworn, competent and not having a direct interest in the litigation, deposes and says:

**1.** In the matter of ___LABORERS LOCAL UNION 158___ vs.
PLAINTIFF / PETITIONER

___VIRBITSKY CONSTRUCTION___
DEFENDANT / RESPONDENT

Docket / Case # __1 01 CV 0983__   I served __VIRBITSKY CONSTRUCTION COMPANY INC__
NAME OF PERSON / ENTITY

with __SUMMONS, COMPLAINT__
TYPE OF PROCESS

by serving __VIRBITSKY CONSTRUCTION COMPANY INC__
PERSON SERVED / ENTITY SERVED

accepted by __Molly Virbitsky__   __Officer__
PERSON ACCEPTING PROCESS   TITLE

☐ at home  ☒ at place of business:
__RR #1 BOX 83 E   FOREST CITY, PA 18421__

on __8/31/2001__ at __8:40AM__ for __LABORERS LOCAL UNION 158 / IRA WEINSTOCK Esq.__
DATE   TIME   PLAINTIFF / ATTORNEY

**2.** Pursuant to the following conditions:
- ☐ **Service was completed** in accordance with R 4:4-3(a)
- ☐ **Service was completed** in accordance with R 6:2-3(e) (Acknowledgement of Service is attached).
- ☐ **After due search**, careful inquiry and good diligent attempts, I was unable to effect personal service upon the persons / entities because:
  - ☐ Unknown at address   ☐ Moved, left no forward
  - ☐ Address does not exist   ☐ Home, but would not answer door
  - ☐ Service cancelled   ☐ Other: _____

Service was attempted on: ___, ___, ___
DATE TIME, DATE TIME, DATE TIME

☐ Evading: address confirmed as place of ☐ abode ☐ business by:
[ ] Neighbor [ ] Landlord [ ] Post Office [ ] DMV [ ] Employer/Co-worker [ ] Other

**3.** I completed the above service in the following manner:
- ☐ **Personal Service**: by serving to the named persons or entities the process with a true copy, R 4:4-4(a).
- ☐ **By leaving** ___ copy/copies with a competent member of the household, age 14 or over.
- ☐ **By leaving** ___ copy/copies at the defendant's place of business, with a person authorized to accept, R 4:4-4(a)(1).

  Relationship _____ Age ___ Sex ___ Race ___ Height __'__" Weight ___ lbs. Hair _____

- ☐ **Mailed Service**: By certified (RRR) and ordinary mail simultaneously to the defendant's abode.
  ☐ Certified receipt attached  ☐ Ordinary mail not returned  ☐ Acknowledgement of delivery attached.
- ☐ **By Posting**: attaching copies of the process in a conspicuous manner to the address of the persons / entities being served.
- ☒ **Corporate Service / Individual / Proprietorship**: by serving a true copy of the process to the person named below in accordance with R 4:4-4(a)(6) or R 4:4-4(a)(4).
  Serving a copy on:
  [X] Officer  [ ] Managing agent  [ ] Registered agent  [ ] Municipal Clerk  [ ] Clerk of the board   wf, age 38,
  [ ] Person in charged of the Registered Office of the corporation  [ ] Secretary of the board   5'7", 145 lbs.
  [ ] Person at place of business authorized to accept. (Local 478 vs. Barron Holding)   brown hair
- ☐ **Attorney acknowledgement**: by obtaining acknowledgement of service from _____, ESQ., in accordance with R 1:5-3.
- ☐ **Military service**: I asked the person spoken to/served as to whether defendant was in active duty in the military service of the United States, and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information is the conversations and observations above narrated.

__Virbitsky Construction Co. Inc.__   ,   __Molly Virbitsky__
NAME OF CORPORATION   PERSON SERVED

*Signed and Sworn before me*   Before me the undersigned personally appeared
*This* 5th *of* September *, 2001*   __Robert F. Harris__
__Patricia Lyn__   April 1, 2002   PROCESS SERVER: Out Of State
Notary   *My commission expires*   BADGE NUMBER:   Robert F. Har

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF <u>Laborers Local Union No. 158, et al.</u>   COURT CASE NUMBER <u>1:01-CV-0983</u>

DEFENDANT <u>Virbitsky Construction Company, Inc., et al.</u>   TYPE OF PROCESS <u>Summons & Complaint</u>

SERVE <u>Thomas Virbitsky</u>
(Name individual, company, corporation, etc. to be served)

AT <u>R. R. #1, Box 83E, Forest City, PA, 18421</u>
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

xxxxxxx I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: <u>Thomas Virbitsky</u>
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: <u>RR#1, Box 83E Forest City, PA. 18421</u>

DATE AND TIME OF PERSONAL SERVICE: <u>August 31, 2001  8:40AM</u>
REMARKS: _____

<u>9/5/2001</u>           *Robert F. Harris*
Date                    Signature of Process Server       Robert F. Harris

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# AFFIDAVIT OF PROCESS SERVER

20010820113249

__Out Of State__, of full age, being duly sworn, competent and not having a direct interest in the litigation, deposes and says:

1. In the matter of **LABORERS LOCAL UNION 158** vs.
   PLANTIFF / PETITIONER
   **VIRBITSKY CONSTRUCTION**
   DEFENDANT / RESPONDENT

   Docket / Case # __1 01 CV 0983__    I served **THOMAS VIRBITSKY**
   NAME OF PERSON / ENTITY

   with **SUMMONS, COMPLAINT**
   TYPE OF PROCESS

   by serving **THOMAS VIRBITSKY**
   PERSON SERVED / ENTITY SERVED

   accepted by **Thomas Virbitsky**    **Self**
   PERSON ACCEPTING PROCESS    TITLE

   ☐ at home  ☐ at place of business:
   __R.R. #1 BOX 83 E    FOREST CITY, PA 18421__

   on __August 31, 2001__ at __8:40AM__ for **LABORERS LOCAL UNION 158 / IRA WEINSTOCK Esq.**
   DATE    TIME    PLAINTIFF / ATTORNEY

2. Pursuant to the following conditions:
   ☐ Service was completed in accordance with R 4:4-3(a)
   ☐ Service was completed in accordance with R 6:2-3(e) (Acknowledgement of Service is attached).
   ☐ After due search, careful inquiry and good diligent attempts, I was unable to effect personal service upon the persons / entities because:
   ☐ Unknown at address    ☐ Moved, left no forward
   ☐ Address does not exist    ☐ Home, but would not answer door
   ☐ Service cancelled    ☐ Other: ____

   Service was attempted on: ____ , ____ , ____
   DATE  TIME    DATE  TIME    DATE  TIME

   ☐ Evading: address confirmed as place of ☐ abode ☐ business by:
   [ ] Neighbor  [ ] Landlord  [ ] Post Office  [ ] DMV  [ ] Employer/Co-worker  [ ] Other

3. I completed the above service in the following manner:
   ☒ **Personal Service**: by serving to the named persons or entities the process with a true copy, R 4:4-4(a).
   ☐ By leaving ___ copy/copies with a competent member of the household, age 14 or over.
   ☐ By leaving ___ copy/copies at the defendant's place of business, with a person authorized to accept, R 4:4-4(a)(1).

   Relationship __Self__   Age __37__  Sex __M__  Race __W__  Height __6'1"__  Weight __180__ lbs. Hair __Blonde__

   ☐ **Mailed Service**: By certified (RRR) and ordinary mail simultaneously to the defendant's abode.
   ☐ Certified receipt attached  ☐ Ordinary mail not returned  ☐ Acknowledgement of delivery attached.

   ☐ **By Posting**: attaching copies of the process in a conspicuous manner to the address of the persons / entities being served.

   ☐ **Corporate Service / Individual / Proprietorship**: by serving a true copy of the process to the person named below in accordance with R 4:4-4(a)(6) or R 4:4-4(a)(4).
   Serving a copy on:
   [ ] Officer  [ ] Managing agent  [ ] Registered agent  [ ] Municipal Clerk  [ ] Clerk of the board
   [ ] Person in charged of the Registered Office of the corporation  [ ] Secretary of the board
   [ ] Person at place of business authorized to accept. (Local 478 vs, Barron Holding)
   ☐ **Attorney acknowledgement**: by obtaining acknowledgement of service from _____, ESQ., in accordance with R 1:5-3.
   ☐ **Military service**: I asked the person spoken to/served as to whether defendant was in active duty in the military service of the United States, and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information is the conversations and observations above narrated.

NAME OF CORPORATION ____ , PERSON SERVED

Signed and Sworn before me
This __5th__ of __September__, __2001__
__Patricia Lm__
Notary __Moriello__   April 1, 2002
My commission expires

NOTARIAL SEAL
PATRICIA L. M. MORIELLO, Notary Public
Hickory Boro, Lackawanna County
My Commission Expires April 1, 2002

Before me the undersigned personally appeared
__Robert F. Harris__
PROCESS SERVER: Out Of State
BADGE NUMBER: Robert F. Harr