OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, RM. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*



MARY. E. D'ANDREA
*Clerk of Court*

(717) 221-3920
FAX  (717) 221-3959

December 10, 2001

Jason M. Weinstock, Esquire
Ira H. Weinstock, P.C.
800 North Second St.
Harrisburg, PA  17102

FILED
HARRISBURG, PA
DEC 10 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

    IN RE:    Laborers Local Union 158 v. Virbitsky Construction Co. Inc.
                  1:CV-01-983

Dear Mr. Weinstock:

    Please be advised you are hereby directed to submit a status report to the Honorable Yvette Kane at P.O. Box 11817, Harrisburg, PA 17108 on or before December 26, 2001.

    Additionally, you are directed to file a signed copy of same with the Clerk of Court at P.O. Box 983, Harrisburg, PA 17108, within the above deadline.

    Thank you for your consideration in this matter.

                                Very truly yours,

                                MARY D'ANDREA, CLERK

                                Jennifer Kennedy
                                Deputy Clerk

cc:    Judge Yvette Kane