

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS LOCAL UNION 158, <br> LABORERS LOCAL UNION 158 <br> HEALTH AND WELFARE FUND <br> and LABORERS LOCAL UNION <br> 158 PENSION FUND, | : <br> : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | CASE NO. 1:01-CV-0983 |
| vs. | : <br> : | (Judge Kane) |
| VIRBITSKY CONSTRUCTION <br> COMPANY, INC. and THOMAS <br> VIRBITSKY, | : <br> : <br> : <br> : | |
| Defendants. | : | |

### REQUEST TO ENTER DEFAULT

TO: MARY E. D'ANDREA, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

You will please enter default of the Defendants for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as

appears from the Affidavit of Jason M. Weinstock, Esquire, attached hereto.

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA  17102
Phone:  717-238-1657

By: _____
JASON M. WEINSTOCK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS LOCAL UNION 158, LABORERS LOCAL UNION 158 HEALTH AND WELFARE FUND and LABORERS LOCAL UNION 158 PENSION FUND, | : : : : : : |
| Plaintiffs, | : CASE NO. 1:01-CV-0983 |
| vs. | : (Judge Kane) |
| VIRBITSKY CONSTRUCTION COMPANY, INC. and THOMAS VIRBITSKY, | : : : : |
| Defendants. | : |

### AFFIDAVIT OF ENTRY OF DEFAULT

Jason M. Weinstock, Esquire, hereby duly sworn, deposes and says that he is the attorney for the Plaintiffs in the above-entitled action; that the summons and complaint in this action was acknowledged by the Defendant as shown on the Returns of Service of Process dated September 5, 2001 and filed with the Court on September 18, 2001; that the time within which the Defendants may answer or otherwise move has not been extended.

_____
JASON M. WEINSTOCK

SWORN and Subscribed to
and before me this 26th
day of March, 2002.

_____
Linda Witmer
Notary Public

```
     NOTARIAL SEAL
LINDA WITMER, Notary Public
Harrisburg, Dauphin County, PA
My Commission Expires 03-20-2004
```