See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LABORERS LOCAL UNION 158,          :
LABORERS LOCAL UNION 158           :
HEALTH AND WELFARE FUND            :
and LABORERS LOCAL UNION           :
158 PENSION FUND,                  :
                                   :
            Plaintiffs,            :   CASE NO. 1:01-CV-0983
                                   :
      vs.                          :   (Judge Kane)
                                   :
VIRBITSKY CONSTRUCTION             :
COMPANY, INC. and THOMAS           :
VIRBITSKY,                         :
                                   :
            Defendants.            :



FILED
MAR 26 2002
PER
HARRISBURG, PA         DEPUTY CLERK

## DEFAULT

AND NOW, this 26th day of March, 2002, default is entered in favor of Plaintiffs, Laborers' Local Union No. 158 Health and Welfare and Pension Funds, and against Defendants. Virbitsky Construction Company, Inc. and Thomas Virbitsky, for failure to plead or otherwise defend this action.

MARY E. D'ANDREA
_____
MARY E. D'ANDREA

_____
Deputy Clerk

Certified from the record
Date _3/26/05_
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

```
                UNITED STATES DISTRI(
                         FOR THE
                MIDDLE DISTRICT OF PENN

                 * * MAILING CERTIFICATE (

                      March 26, 2002

    Re:  1:01-cv-00983    Laborers Local 158 v. V


True and correct copies of the attached were
to the following:


        Jason M. Weinstock, Esq.
        Ira H. Weinstock, P.C.
        800 North Second St.
        Harrisburg, PA  17102
```

Virbitsky Construction Company, Inc.
R.R. #1
Box 83E
Forest City, PA  18421

```
cc:
Judge                             (✓)        ( ) Pro Se Law Clerk
Magistrate Judge                  ( )        ( ) INS
U.S. Marshal                      ( )        ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )     Mr. Thomas Virbitsky
Bureau of Prisons                 ( )     c/o Virbitsky Construction Company,
Ct Reporter                       ( )     R.R. #1
Ctroom Deputy                     (✓)     Box 83E
Orig-Security                     (✓)     Forest City, PA  18421
Federal Public Defender           ( )
Summons Issued                    ( )  with N/C a
                                       U.S. Marshal ( )   Pltf's Attorney ( )

Standard Order 93-5               ( )
Order to Show Cause               ( )  with Petition attached & mailed certified mail
                                       to:  US Atty Gen
                                            DA of County

Bankruptcy Court                  ( )
Other_____       ( )



DATE:        3/26/02
```