IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LABORERS LOCAL UNION 158, :
LABORERS LOCAL UNION 158 :
HEALTH AND WELFARE FUND :
and LABORERS LOCAL UNION :
158 PENSION FUND, :
 :
               Plaintiffs, : CASE NO. 1:01-CV-0983
 :
vs. : (Judge Kane)
 :
VIRBITSKY CONSTRUCTION :
COMPANY, INC. and THOMAS :
VIRBITSKY, :
               Defendants. :

FILED
HARRISBURG
MAR 28 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**JUDGMENT**

AND NOW, this 28th day of March, 2002, it is

ORDERED that in accordance with the Request for Default Judgment, Affidavit of Jason M. Weinstock, Esquire, Affidavit of Paul DeSanto, and Defendants having defaulted for failure to appear, plead or otherwise defend, Judgment is entered in favor of Plaintiffs and against Defendants in the amount of $2,484.08.

BY THE COURT:

_____
                                             J.