(9)
4-3-0

**FILED**
HARRISBURG, PA

APR 0 2 2002

MARY E. D'ANDREA, CLERK
Per _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Thomas Yirbitsky
   c/o Yirbitsky Construction Company, Inc.
   R.R. #1, Box 83 E
   Forest City, PA 18421

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Molly Virbitsky   B. Date of Delivery: 3-28-02

C. Signature:
X _Molly Virbitsky_   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes  ☐ No
   If YES, enter delivery address below: Company, Inc.

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0000 9829 7568

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

APR 0 2 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

1-CV-01-983

Default

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Yirbitsky Construction Company, Inc.
   R.R. #1, Box 83 E
   Forest City, PA 18421

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Molly Virbitsky   B. Date of Delivery: 3-28-02

C. Signature:
X _Molly Virbitsky_   ☐ Agent  ☒ Addressee

D. Is delivery address different from item 1?   ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0000 9829 7551

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424