(10)
4-10
5(

### Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Molly Virbitsky
B. Date of Delivery: 29/MAR 2002
C. Signature: X Molly Virbitsky
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Mr. Thomas Virbitsky
c/o Virbitsky Construction Co.
RR #1, Box 83E
Forest City, PA 18421

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0000 9829 7254

PS Form 3811, March 2001 — Domestic Return Receipt — 102595-01-M-1424

**FILED**
HARRISBURG
APR 0 9 2002
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

1-CV-01-983
Judgment

### Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Molly Virbitsky
B. Date of Delivery: 4-1-02
C. Signature: X Molly Virbitsky
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Virbitsky Construction Co.
RR #1, Box 83E
Forest City, PA 18421

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 0166 1810

PS Form 3811, March 2001 — Domestic Return Receipt — 102595-01-M-1424