

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' LOCAL UNION 158, LABORERS LOCAL UNION 158 HEALTH AND WELFARE FUND and LABORERS LOCAL UNION 158 PENSION FUND, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : CASE NO. 1:01-CV-0983 |
| vs. | : <br> : (Judge Kane) |
| VIRBITSKY CONSTRUCTION COMPANY, INC. and THOMAS VIRBITSKY, | : <br> : <br> : |
| Defendants. | : |

## PRAECIPE FOR WRIT OF EXECUTION

**TO THE CLERK OF COURTS**:

Please issue writ of execution in the above matter,

(1) directed to the United States Marshal for the Middle District of Pennsylvania;

(2) against Virbitsky Construction Company, Inc. and Thomas Virbitsky, Defendants; and

(3) against Pioneer American Bank, Garnishee; and

(4) index this writ

    (a) against Virbitsky Construction Company, Inc. and Thomas Virbitsky, Defendants and

    (b) against Pioneer American Bank, as Garnishee,

(5) Amount due $2,484.08.

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA 17102
Phone: 717-238-1657

By: *[signature]*
JASON M. WEINSTOCK
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LABORERS' LOCAL UNION 158,
LABORERS LOCAL UNION 158
HEALTH AND WELFARE FUND
and LABORERS LOCAL UNION
158 PENSION FUND,

        Plaintiffs,

vs.

VIRBITSKY CONSTRUCTION
COMPANY, INC. and THOMAS
VIRBITSKY,

        Defendants.

CASE NO. 1:01-CV-0983

(Judge Kane)

FILED SCRANTON SEP 1 6 2002 PER ___ DEPUTY CLERK

## WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:**

To satisfy the judgment, interest and costs against Virbitsky Construction Company, Inc. and Thomas Virbitsky, Defendants:

    (1)    you are directed to levy upon the property of the Defendants and to sell his interest therein;

(2) you are also directed to attach the property of the Defendants not levied upon in the possession of PIONEER AMERICAN BANK as garnishee, any and all monies or properties in the possession of garnishee whether such property is held individually by Virbitsky Construction Company, Inc. or Thomas Virbitsky, and to notify the garnishee that

    (a) an attachment has been issued;

    (b) the garnishee is enjoined from paying any debt to or for the account of the Defendants and from delivering any property of the Defendants or otherwise disposing thereof.

(3) if property of the Defendants not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount due:    $ 2,484.08

Interest:

Costs:

DATED: _September 16, 2002_    MARY E. D'ANDREA, Clerk

    Anne Oswald
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LABORERS' LOCAL UNION 158,
LABORERS LOCAL UNION 158
HEALTH AND WELFARE FUND
and LABORERS LOCAL UNION
158 PENSION FUND,

      Plaintiffs,

vs.

VIRBITSKY CONSTRUCTION
COMPANY, INC. and THOMAS
VIRBITSKY,

      Defendants.

FILED
SCRANTON

SEP 1 6 2002

PER _____
DEPUTY CLERK

CASE NO. 1:01-CV-0983

(Judge Kane)

## WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:**

To satisfy the judgment, interest and costs against Virbitsky Construction Company, Inc. and Thomas Virbitsky, Defendants:

 (1) you are directed to levy upon the property of the Defendants and to sell his interest therein;

(2) you are also directed to attach the property of the Defendants not levied upon in the possession of PIONEER AMERICAN BANK as garnishee, any and all monies or properties in the possession of garnishee whether such property is held individually by Virbitsky Construction Company, Inc. or Thomas Virbitsky, and to notify the garnishee that

    (a) an attachment has been issued;

    (b) the garnishee is enjoined from paying any debt to or for the account of the Defendants and from delivering any property of the Defendants or otherwise disposing thereof.

(3) if property of the Defendants not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount due:   $ 2,484.08

Interest:

Costs:

DATED: September 16, 2002     MARY E. D'ANDREA, Clerk

Anne Oswald
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LABORERS' LOCAL UNION 158,
LABORERS LOCAL UNION 158
HEALTH AND WELFARE FUND
and LABORERS LOCAL UNION
158 PENSION FUND,

    Plaintiffs,

vs.

VIRBITSKY CONSTRUCTION
COMPANY, INC. and THOMAS
VIRBITSKY,

    Defendants.

FILED
SCRANTON

SEP 1 6 2002

PER 
DEPUTY CLERK

CASE NO. 1:01-CV-0983

(Judge Kane)

## WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:**

To satisfy the judgment, interest and costs against Virbitsky Construction Company, Inc. and Thomas Virbitsky, Defendants:

    (1)    you are directed to levy upon the property of the Defendants and to sell his interest therein;

(2) you are also directed to attach the property of the Defendants not levied upon in the possession of PIONEER AMERICAN BANK as garnishee, any and all monies or properties in the possession of garnishee whether such property is held individually by Virbitsky Construction Company, Inc. or Thomas Virbitsky, and to notify the garnishee that

    (a) an attachment has been issued;

    (b) the garnishee is enjoined from paying any debt to or for the account of the Defendants and from delivering any property of the Defendants or otherwise disposing thereof.

(3) if property of the Defendants not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount due:    $ 2,484.08

Interest:

Costs:

DATED: September 16, 2002    MARY E. D'ANDREA, Clerk

*Anne Oswald*
*Deputy Clerk*