| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Laborers Local Union 158, et al. | COURT CASE NUMBER<br>1:01-CV-0983 |
| DEFENDANT<br>Virbitsky Construction Co. & Thomas Virbitsky | TYPE OF PROCESS<br>WRit of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Virbitsky Construction Company, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
R.R.1, Box 83E, FOrest City, PA 18421

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ira H. Weinstock, Esquire
800 North Second Street
Harrisburg, PA 17102

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve Defendant, Virbitsky Construction Company, Inc. Defendant's Phone No. is 570-222-5545 and Defendant may be served during normal business hours.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
I. M. Weinstock

TELEPHONE NUMBER: 717-238-1657
DATE: 8/16/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: G. Lavelle | Date: 9/18/02 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Molly Virbitsky - auth to accept for Thomas Virbitsky (Pres)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/23/02    Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | 45.00 | FILED SCRANTON SEP 25 2002 PER DEPUTY CLERK | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Laborers Local Union 158, et al. | COURT CASE NUMBER<br>1:01-CV-0983 |
|---|---|
| DEFENDANT<br>Virbitsky Construction Co. & Thomas Virbitsky | TYPE OF PROCESS<br>Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Penn Star Bank (Formerly Pioneer American Bank)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
927 South State Street, Clarks Summit, PA 18411

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ira H. Weinstock, Esquire
800 North Second Street
Harrisburg, PA 17102

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*Serve paperwork only*

Please serve Garnishee and seize any monies belonging to either Defendant which is in possession of the Garnishee sufficient to satisfy the judgment of $2,484.08, plus costs, which has been entered against said Defendants, and convey said monies to Plaintiffs. The Garnishee's telephone number is 570-585-2978 and the Garnishee may be served during normal business hours.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
/s/ M. Weinstock
TELEPHONE NUMBER: 717-238-1657
DATE: 8/16/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>G. Lavelle | Date 9/18/02 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
MARY LOU MILLER - BRANCH MANAGER

Address (complete only if different than shown above)

11 Miles o/w

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/23/02   Time: 9:30 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 8.03 | — | 53.03 | 45.00 | 8.03 |

REMARKS:

FILED
SCRANTON
SEP 25 2002
PER _____

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Laborers Local Union 158, et al. | COURT CASE NUMBER<br>1:01-CV-0983 ||
| DEFENDANT<br>Virbitsky Construction Co., & Thomas Virbitsky | TYPE OF PROCESS<br>Writ of Execution ||

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Thomas Virbitsky
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
R.R. 1, Box 83E, Forest City, PA 18421

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ira H. Weinstock, Esquire
800 North Second Street
Harrisburg, PA 17102

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve Defendant, Thomas Virbitsky. Defendant's telephone no. is 570-222-5545 and Defendant may be served during normal business hours.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*[signed] I.M. Weinstock*
TELEPHONE NUMBER: 717-238-1657
DATE: 8/16/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>*Q. Lavelle* | Date<br>9/18/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
**Molly Virbitsky — wife**

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/23/02   Time: 3:00 pm

Signature of U.S. Marshal or Deputy

37 Miles O/W

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 27.01 | — | 72.01 | 45.00 | 27.01 |

REMARKS:

FILED SCRANTON
SEP 25 2002
PER _____ DEPUTY CLERK

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' LOCAL UNION 158, LABORERS LOCAL UNION 158 HEALTH AND WELFARE FUND and LABORERS LOCAL UNION 158 PENSION FUND, | FILED SCRANTON SEP 16 2002 PER ___ DEPUTY CLERK |
| Plaintiffs, | CASE NO. 1:01-CV-0983 |
| vs. | (Judge Kane) |
| VIRBITSKY CONSTRUCTION COMPANY, INC. and THOMAS VIRBITSKY, | |
| Defendants. | |

**WRIT OF EXECUTION**

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:**

To satisfy the judgment, interest and costs against Virbitsky Construction Company, Inc. and Thomas Virbitsky, Defendants:

> (1) you are directed to levy upon the property of the Defendants and to sell his interest therein;

(2)   you are also directed to attach the property of the Defendants not levied upon in the possession of PIONEER AMERICAN BANK as garnishee, any and all monies or properties in the possession of garnishee whether such property is held individually by Virbitsky Construction Company, Inc. or Thomas Virbitsky, and to notify the garnishee that

   (a)   an attachment has been issued;

   (b)   the garnishee is enjoined from paying any debt to or for the account of the Defendants and from delivering any property of the Defendants or otherwise disposing thereof.

(3)   if property of the Defendants not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount due:   $ 2,484.08

Interest:

Costs:

DATED: _September 16, 2002_    MARY E. D'ANDREA, Clerk

Anne Oswald
Deputy Clerk